# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Mohammad Salauddin DOWAN**<br>**Pearsall, TX**<br>**US**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       L-18-PO64492<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 17, 2018** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Mohammad Salauddin DOWAN, who admitted being a citizen of Bangladesh, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on September 17, 2018.

☐ Continued on the attached sheet.

/S/Juan Arteaga
*Complainant's signature*

Juan Arteaga, Border Patrol Agent
*Printed name and title*

Affiant Juan Arteaga
sworn and attested
on September 19, 2018, at 9:32 PM,
at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE